UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| v. | : | Crim. No. 09-57 (DRD) |
| MARK HINTON | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing) and Michael Robbins, Esq., appearing for defendant Mark Hinton, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

2. Additional time is necessary in which to negotiate a plea agreement;

3. Defendant has consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 18th day of June, 2009,

IT IS ORDERED that defendant's motions, if any, are due August 10, 2009; the government's response, if any, is due on August 24, 2009; the hearing on any motion will be on September 15, 2009; and the trial is scheduled for September 29, 2009; and

IT IS FURTHER ORDERED that the period from June 16, 2009, through September 29, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DICKINSON R. DEBEVOISE
United States District Judge