UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon Dickinson R. Debevoise |
| | | Crim. No. 09-57 (DRD) |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| MARK HINTON | : | |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant Mark Hinton (by Michael Robbins, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

    2.   Defendants have consented to the aforementioned continuance; and

    3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

    WHEREFORE, on this 28th day of September, 2009,

    IT IS ORDERED that defendant's motions, if any, are due November 10, 2009; the government's response, if any, is due on November 24, 2009; the hearing on any motion will be on December 15, 2009; and the trial is scheduled for January 4, 2010; and

    IT IS FURTHER ORDERED that the period from September 29, 2009 through January 4, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

    _____
HON. DICKINSON R. DEBEVOISE
United States District Judge