```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA    :    Hon Dickinson R. Debevoise
                                 Crim. No. 09-57 (DRD)
         v.                 :
                                 CONTINUANCE ORDER
MARK HINTON                 :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant Mark Hinton (by Michael Robbins, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 15th day of March, 2010,

IT IS ORDERED that defendant's motions, if any, are due May 18, 2010; the government's response, if any, is due on June 1, 2010; the hearing on any motion will be on June 15, 2010; and the trial is scheduled for June 22, 2010; and

IT IS FURTHER ORDERED that the period from March 23, 2010 through June 22, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. DICKINSON R. DEBEVOISE
United States District Judge